**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2229**

LAWRENCE TRABER; ELGE L. TRABER,

             Plaintiffs - Appellants,

      v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED;
FANNIE MAE; IMORTGAGE SERVICES,

             Defendants – Appellees,

      and

BANK OF AMERICA HOME LOANS SERVICING LP; MID-ATLANTIC
FINANCIAL SERVICES, INCORPORATED,

             Defendants.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen,
Senior District Judge.  (1:11-cv-00126-GCM-DLH)

Submitted: February 21, 2013       Decided: February 25, 2013

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lawrence Traber, Elge L. Traber, Appellants Pro Se.  Kelli A.
Burns, MCGUIREWOODS, LLP, Charlotte, North Carolina; Mark
Clifford Kurdys, ROBERTS & STEVENS, PA, Asheville, North

Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence and Elge L. Traber appeal from the district court's order accepting the recommendation of the magistrate judge and dismissing their action in which they asserted a claim pursuant to the Federal Racketeer Influenced and Corrupt Organizations Act, and a claim for quiet title under North Carolina law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Traber v. Mortg. Elec. Registration Sys. Inc., No. 1:11-cv-00126-GCM-DLH (W.D.N.C. Sept. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED